IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETNUT LTD., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA LTD., <br><br> Defendant. | Civil Action No. 2:22-cv-00081-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NetNut Ltd. hereby gives notice that the above-captioned action against Defendant Bright Data Ltd. is voluntarily dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| Dated: May 16, 2022 | By: /s/ Eric H. Findlay |

        Eric H. Findlay (TX Bar No. 00789886)
        FINDLAY CRAFT, P.C.
        102 North College Avenue, Suite 900
        Tyler, Texas 75702
        Tel: (903) 534-1100
        Fax: (903) 534-1137
        Email: efindlay@findlaycraft.com

        OF COUNSEL:

        LISTON ABRAMSON LLP
        The Chrysler Building
        405 Lexington Ave, 46th Floor
        New York, New York 10174
        Tel: (212) 257-1630
        Ronald Abramson (*Pro hac vice*)
        David G. Liston (*Pro hac vice*)
        Gina K. Kim (TX Bar No. 24097937)
        Email: docket@listonabramson.com

        ***Attorneys for Plaintiff NetNut Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel on May 16, 2022.

        /s/ Eric H. Findlay
        Eric H. Findlay